# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 09-484-1 |
| LEON GLASPIE | : | |

## ORDER

**AND NOW**, this 30th day of November 2018, upon considering Defendant's Motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 (ECF Doc. No. 45), United States' Response (ECF Doc. No. 48), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion under 28 U.S.C. § 2255 (ECF Doc. No. 45) is **DENIED**;

2. We decline to issue a certificate of appealability as Mr. Glaspie has neither shown denial of a federal constitutional right nor has he established reasonable jurists would debate the correctness of this Court's ruling;[1] and,

3. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.

---

[1] *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).